THE BOARD OF CHOSEN FREEHOLDERS OF THE COUNTY OF SUSSEX, RESPONDENT, v. HARVEY S. HOPKINS, COUNTY CLERK, APPELLANT.

Submitted March 24, 1924—Decided April 17, 1924.

On appeal from the Supreme Court, whose opinion is reported in 98 *N. J. L.* 301.

For the respondent, *Henry T. Kays.*

For the appellant, *King & Vogt.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Chief Justice Gummere in the Supreme Court.

*For affirmance*—THE CHANCELLOR, PARKER, MINTURN, BLACK, KALISCH, CAMPBELL, LLOYD, WHITE, GARDNER, VAN BUSKIRK, CLARK, JJ.   11.

*For reversal*—None.